USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 10/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROCHEL GOLDKLANG, individually and on
behalf of all others similarly situated,
              Plaintiff,

v.

RUBIN AND ROTHMAN, LLC,
and John Does 1-25,
              Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5451 (VB)

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than December 28, 2020. To be clear, any application to restore the action must be filed by December 28, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: October 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge